**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 18-0025 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| LAWARRON CUMMINGS | MAGISTRATE JUDGE HORNSBY |

## ORDER

The Court received a call from the Government regarding a motion for compassionate release filed by Defendant Lawarron Cummings ("Cummings") on May 8, 2020. Record Document 38. The Government inquires as to whether the motion remains pending. The Court's records do not display this motion as currently pending. However, to the extent Cummings's motion [Record Document 38] remains pending, it is **DENIED AS MOOT** because Cummings was released from BOP custody on July 11, 2022.[1] *See* Inmate Locator, BOP, https://www.bop.gov/inmateloc. The Court has since revoked Cummings's supervised release; however, that revocation has no bearing on his previously filed motion for compassionate release from his prior incarceration.

**THUS DONE AND SIGNED** this 21st day of July, 2025.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE

---

[1] *See United States v. Garrett*, No. 13-CR-0151, 2022 WL 2072856, at *1 (E.D. La. June 9, 2022) ("Because Defendant is no longer incarcerated, the Court cannot possibly reduce his term of imprisonment."); *see also United States v. Booker*, 645 F.3d 328, 328 (5th Cir. 2011).